**DENY; and Opinion Filed December 1, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01414-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

## MEMORANDUM OPINION
Before Justices Francis, Myers, and Schenck
Opinion by Justice Myers

This original proceeding arises from a contempt proceeding based on relator's failure to pay child support. Relator first filed this proceeding seeking a petition for writ of habeas corpus, but then amended his pleading to seek mandamus relief. The issues presented in both realtor's petition for writ of habeas corpus and petition for writ of mandamus are identical. Although relator states the trial court has issued a capias warrant for his arrest, it does not appear relator is incarcerated.

On numerous prior occasions we have addressed and rejected the complaints relator raises in both the petition for writ of mandamus and the petition for writ of habeas corpus. *See In re Gore,* 454 S.W.3d 711, 711 (Tex. App.—Dallas 2015) (mem. op.) (denying petition for writ of mandamus asserting virtually identical complaints); *In re Gore*, 05-14-01422-CV, 2014 WL 6466845, at *1 (Tex. App.—Dallas Nov. 19, 2014, orig. proceeding), (mem. op.) (denying petition for writ of habeas corpus because record failed to include proof relator was actually

restrained); *In re Gore*, No. 05-14-00103-CV, 2014 WL 476784, at *1 (Tex. App.—Dallas Feb. 5, 2014, orig. proceeding) (mem. op.) (denying virtually identical petition for writ of mandamus); *In re Gore*, No. 05-13-00364-CV, 2013 WL 1274740, at *1 (Tex. App.—Dallas Mar. 20, 2013, orig. proceeding) (mem. op.) (denying petition for writ of mandamus raising many of same issues). We do not revisit those issues here.  We **DENY** the petition.

LANA MYERS
JUSTICE

151414F.P05